**Robert M. Tzall**
NV State Bar No. 13412
The Law Offices of Robert M. Tzall
1481 Warm Springs Rd
Suite 135
Henderson, NV 89014
Tel: 702-666-0233
robert@tzalllegal.com

**Shannon G. Splaine**
Lincoln, Gustafson & Cercos
3960 Howard Hughes Pkwy. Suite 200
Las Vegas, NV 89169
Tel: 702-257-1997
ssplaine@lgclawoffice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN J KANOWITZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br>CREDENCE RESOURCE MANAGEMENT LLC AND JOHN DOES 1-25.<br><br>Defendant. | Docket No. 2:19-CV-1118<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Kevin J. Kanowitz ("Plaintiff") and Credence Resource Management, LLC ("Defendant"), by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

  Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated:  November 12, 2019

/s/*Robert M. Tzall*
Robert M. Tzall, Esq.
**The Law Offices of Robert M. Tzall**
*Attorneys for Plaintiff*

*/s/ Shannon G. Splaine*
Shannon G. Splaine, Esq.
**Lincoln, Gustafson & Cercos**
*Attorneys for Defendant*

**IT IS SO ORDERED**. November 12, 2019.

_____
**HONORABLE JUDGE JAMES C. MAHAN**

# CERTIFICATE OF SERVICE

I hereby certify that on this the 12th of November, 2019, I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert M. Tzall
robert@tzalllegal.com
Law Offices of Robert M. Tzall
7735 Commercial Way, Suite 100
Henderson, NV 89011
(702) 666-0233
(702) 727-8034 Fax
*Counsel for Plaintiffs*